IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROY HUDSON and DWAYNE DALCO )<br>)<br>)<br>     Plaintiffs,   )<br>)<br>vs.   )<br>)<br>CITY OF FORT WORTH,  )<br>JOEL FITZGERALD, individually  )<br>and in his official capacity of Chief  )<br>of Police of the Fort Worth  )<br>Police Department,  )<br>)<br>     Defendants.  ) | No.: 4:15-cv-00025-O<br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

    Comes Now Plaintiffs, Roy Hudson and Dwayne Dalco, by and through their attorney of record, Ray Jackson, and Defendants City of Fort Worth and Joel Fitzgerald, by and through their attorney, Carolyn McFatridge, hereby stipulate to dismiss this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with prejudice and without costs to any party, as follows:

1. This Stipulation of Dismissal is intended to be self-executing and effective upon filing.

2. The undersigned, through their respective counsel, hereby stipulate to dismiss this action, in its entirety, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with prejudice and without costs to any party.

Dated: May 13. 2016

        Respectfully submitted,

        THE JACKSON LAW FIRM

        s/ Ray Jackson_____
        Ray Jackson
        State Bar No.: 00797754
        1700 Pacific Ave. Suite 3890
        Dallas, Texas 75201
        Telephone: 214-651-6250
        Facsimile:  214-651-6244
        Email:  rjackson@jacksonfirm.net
        ATTORNEYS FOR PLAINTIFF


        /s/ Carolyn McFatridge
        Carolyn McFatridge
        Senior Assistant City Attorney
        State Bar No.: 13605525
        Ft. Worth City Attorney's Office
        1000 Throckmorton Street
        Ft. Worth, Texas 76102
        Telephone: 817-392-7600
        Facsimile:  817-392-8359
        Attorney for Defendants